UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENLIE M. TIGGEMAN,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-1177** |
| **SOUTHWEST AIRLINES CO.,**<br>    **Defendant** | **SECTION "E"** |

**ORDER**

Before the Court is defendant Southwest Airlines Company's ("Southwest") Motion for Judgment on the Pleadings.[1] Southwest's motion is noticed for submission on November 7, 2012. Local Rule 7.5 requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. Plaintiff Kenlie Tiggeman ("Tiggeman") has not filed a timely opposition to Southwest's motion.[2]

Accordingly, Southwest's motion is deemed unopposed, and because Southwest's motion appears to have merit, **IT IS ORDERED** that Southwest's motion for judgment on the pleadings be and hereby is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that Tiggeman's claims against Southwest be and hereby are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this  31st  day of October, 2012.

_Susie Morgan_
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.

[2] This marks the second time Tiggeman has failed to respond a Southwest motion for judgment on the pleadings. The Court denied Southwest's first motion, even though Tiggeman never filed an opposition, because Tiggeman is proceeding *pro se* in this matter. *See* R. Doc. 14. The Court set an October 12, 2012 deadline for Tiggeman to file a motion for leave to amend her complaint to address the issues raised by Southwest's first motion. *Id*. Tiggeman did not timely file a motion for leave to amend her complaint, and Southwest has now re-urged its motion for judgment on the pleadings.